IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>**7) JESUS MANUEL TORRES-MORALES**, a/k/a "Bebito," "Bebito Trenza," "Bebo," "Bebo Trenza"<br>(Counts One through Six)<br><br>Defendant | CRIMINAL 13-0124-7CCC |

**ORDER**

Having considered the Magistrate Judge's Report and Recommendation Re: Amendment 782 filed by U.S. Magistrate-Judge Justo Arenas on December 26, 2014 (**D.E. 1221**), the same is APPROVED and ADOPTED. Accordingly, as provided in the Administrative Directive issued in Misc. No. 14-426(ADC), the United States, defense counsel and the U.S. Probation Officer shall meet to discuss the Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) filed by defendant [7] Jesús M. Torres-Morales on December 10, 2014 (D.E. 1213) and act pursuant to the procedure established in said Directive.

SO ORDERED.

At San Juan, Puerto Rico, on March 20, 2015.

S/CARMEN CONSUELO CEREZO
United States District Judge